# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT
_____

No. 05-2635
_____

| | | |
|---|---|---|
| Bobby F. McReynolds, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| Randy Johnson, Sheriff, Pulaski | * | |
| County; Randy Morgan, Jail | * | |
| Administrator, Pulaski County Jail; | * | |
| Maximum Health Care Service; Carl | * | |
| Johnson, Dr., Pulaski County Jail; | * | |
| Sarah Speer, Nurse, Pulaski County | * | |
| Jail, originally sued as Carol | * | |
| Spheres; Pulaski County Jail; | * | |
| Glenda Moore, Sgt., originally sued as | * | |
| Moore; James Bozeman, Officer, | * | |
| originally sued as Bozeman; Derek | * | Appeal from the United States |
| Grist, Officer, originally sued as | * | District Court for the |
| Grist; Jane Does, 3 Nurses employed | * | Eastern District of Arkansas. |
| by Maximum Health Care, | * | |
| | * | [UNPUBLISHED] |
| Appellees. | * | |

----------------------------------------------------

| | | |
|---|---|---|
| Bobby F. McReynolds, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Randy Johnson, Sheriff, Pulaski | * | |
| County Jail; Randy Morgan, Jail | * | |

Administrator, Pulaski County Jail,       *
                                          *
          Appellees.                            *

_____

Submitted:  July 20, 2006
Filed:  August 3, 2006

_____

Before BYE, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

Arkansas prisoner Bobby McReynolds appeals the district court's[1] order dismissing his 42 U.S.C. § 1983 action after a pretrial evidentiary hearing. McReynolds claimed that defendants showed deliberate indifference to his medical needs by neglecting to schedule and take him to a post-hernia-surgery follow-up appointment, and by placing him on a top bunk after his surgery contrary to medical orders for a lower bunk assignment. In dismissing McReynolds's complaint, the court relied in part on the absence of harm caused by the missed appointment, and on McReynolds's failure to show that any defendant was personally responsible for any unconstitutional action. Following careful review, see Johnson v. Bi-State Justice Ctr., 12 F.3d 133, 135-36 (8th Cir. 1993) (standard of review), we affirm. See 8th Cir. R. 47B.

_____

---

[1]The Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).